UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DEPUTY BAEZ,<br><br>　　　　　　　Defendant. | Case No. 1:20-cv-00858-DAD-BAK (BAM) (PC)<br><br>ORDER DIRECTING PLAINTIFF TO RESPOND TO MOTION FOR ORDER ENFORCING SETTLEMENT AND DISMISSING CASE<br><br>(ECF No. 32)<br><br>**MARCH 11, 2022, DEADLINE** |

On February 3, 2022, Defendant Deputy Baez filed a motion for an order enforcing settlement and dismissing case. (ECF No. 32.) Despite Defendant's notice of motion and the motion, Plaintiff has failed to file a response.

Local Rule 230(*l*) sets forth the procedure for opposing a motion in prisoner actions:

> Opposition, if any, to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . .

L.R. 230(*l*). More than twenty-one days have passed since the service of Defendant's motion.

///

On or before **March 18, 2022**, Plaintiff **SHALL** file an opposition or a notice of non-opposition in response to Defendant's motion to dismiss.  **If Plaintiff fails to comply with this order, the Court will issue findings and recommendations determining the motion without further notice to Plaintiff.**

IT IS SO ORDERED.

Dated:   **March 1, 2022**                              /s/ Barbara A. McAuliffe            
                                                                       UNITED STATES MAGISTRATE JUDGE